**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

RICHARD SIMMONS, an individual

     Plaintiff,

v.

DRURY HOTELS COMPANY, LLC,
a Missouri limited liability company,

     Defendant.

---

**NOTICE OF REMOVAL**

---

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Drury Hotels Company, LLC ("Drury Hotels"), a Nevada limited liability company[1], by and through its undersigned counsel, CHILDS MCCUNE LLC, removes to this Court the above captioned action ("Action") from the District Court of the City and County of Denver based on this Court's diversity jurisdiction. In support of removal, Drury Hotels respectfully states the following:

## I.     GROUNDS FOR REMOVAL

On or about February 4, 2022, Plaintiff Richard Simmons commenced the Action in Denver County District Court. The Complaint was served on Defendant on February 8, 2022. This case is properly removed to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

---

[1] The Complaint incorrectly named Defendant Drury Hotels Company, LLC as a Missouri limited liability company. It is a Nevada limited liability company. (*See* Ex. B, Nevada Secretary of State Summary.)

## II.    DEFENDANT HAS SATISFIED THE
## PROCEDURAL REQUIREMENTS FOR REMOVAL

Attached hereto as Exhibit A-1 is the Register of Actions from the Denver County District Court. A copy of the Complaint is attached hereto as Exhibit A-2. A copy of the contents of the case file, not already identified in this Notice, are attached and identified as follows:

- Exhibit A-3, District Court Civil Case Cover Sheet

- Exhibit A-4, Delay Reduction Order

- Exhibit A-5, Pre-Trial Order

- Exhibit A-6, Affidavit of Service

- Exhibit A-7, Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission and Related Documents

- Exhibit A-8, Order Granting Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission

- Exhibit A-9, Defendant Drury Hotels Company, LLC's Unopposed Motion of Time to Respond to Plaintiff's Complaint

- Exhibit A-10, Order Granting Defendant Drury Hotels Company, LLC's Unopposed Motion of Time to Respond to Plaintiff's Complaint

Drury Hotels first received the Complaint through service, on February 8, 2022. (*See* Exhibit A-6, Affidavit of Service.) Drury Hotels filed its notice to remove this Action within thirty days of receipt of the Complaint. *See* 28 U.S.C. § 1446(b)(1). Thus, this removal is timely. *See id*.

Removal to this Court is proper because it is "the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a). Therefore, this Action is properly removed to the District of Colorado.

Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of the original Notice of Removal will be filed with the Clerk of the Denver County District Court and served on Plaintiff as indicated in the attached Certificate of Service.

This Notice of Removal is submitted prior to the deadline for filing an Answer in the Denver County District Court under the Colorado Rules of Civil Procedure. Drury Hotels' Unopposed Motion for Extension of Time to Respond to the Complaint was filed in the Action on February 28, 2022 (Ex. A-9) and granted on March 2, 2022. (Ex. A-10.)

The Federal Civil Cover Sheet to this Notice of Removal is being filed contemporaneously to this Notice.

### III.   REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441

Federal courts have original jurisdiction over actions in which there is complete diversity of citizenship and the matter in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a). This Action meets those two requirements, in addition to the requirement stated in 28 U.S.C. § 1441(b)(2) that the Defendant must not be a citizen of the state in which the Action is brought.

#### a.   There is Complete Diversity Among the Parties

Complete diversity exists when each defendant is a citizen of a different state from each plaintiff. *Ravenswood Inv. Co., L.P. v. Avalon Correctional Services*, 651 F.3d 1219, 1223 (10th Cir. 2011). Plaintiff is a resident and citizen of Canada, as alleged in Plaintiff's Complaint. (Ex. A-2, ¶ 1.) Drury Hotels Company is a Nevada LLC with corporate offices at 13075 Manchester Road, Suite 100, St. Louis, Missouri. (*See* Exhibit B, Nevada Secretary of State Summary.)  Drury Hotels Company's members are DSW Industries, Inc., which is a Nevada corporation, and DDC Hotels, Inc., which is a Missouri Corporation. (*See* Exhibits C and D, respective Secretary of State

summaries.) As a result, there is complete diversity between Plaintiff and Defendant, meeting 28 U.S.C. § 1332's complete diversity requirement.

Based on the aforementioned states of residency, Drury Hotels is not a citizen of Colorado, which is the state in which the action is brought. Thus, Drury Hotels satisfies the requirements of 28 U.S.C. § 1441(b)(2).

### b.  Plaintiff Alleges that the Amount in Controversy is Greater than $75,000

In conjunction with Plaintiff's Complaint, he filed a Civil Cover Sheet in which he opted out of the simplified procedure governed by C.R.C.P. 16.1. (Ex. A-3.) In doing so, Plaintiff checked the box expressly alleging that, "By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000." *Id.* As a result, the amount in controversy is greater than $75,000, satisfying 28 U.S.C. § 1332's monetary threshold requirement.

### IV.    ALL DEFENDANTS CONSENT TO REMOVAL

Drury Hotels is the only Defendant and consents to the removal of the Action to this Court by filing this Notice of Removal.

WHEREFORE, Drury Hotels respectfully removes this Action from the Denver County District Court to this Court pursuant to 28 U.S.C. § 1441.

Respectfully submitted this 10th day of March 2022.

CHILDS MCCUNE LLC

s/Alexis A. Ross
Daniel R. McCune, #14900
Alexis A. Ross, #54106
821 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 296-7300
dmccune@childsmccune.com
ldavis@childsmccune.com

**Attorneys for Defendant Drury Hotels Company, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification via E-mail to the following:

Cheri MacArthur
Cozen O'Connor
707 17th Street, Suite 3100
Denver, Colorado 80202
Telephone: (720) 479-3900
Email: cmacarthur@cozen.com

Daniel P. Mallove
Law Office of Daniel P. Mallove, PLLC
2003 Western Avenue, Suite 400
Seattle, Washington 98121
Telephone: (206) 239-9933
Email: dmallove@dpmlaw.com

***Attorneys for Plaintiff***

*s/ Marcie J. Morton*
Marcie J. Morton