**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:22-cv-00596

RICHARD SIMMONS, an individual,

       Plaintiff,

v.

DRURY HOTELS COMPANY, LLC,
a Nevada limited liability company,

       Defendant.

_____

**AMENDED COMPLAINT**
_____

    Plaintiff Richard Simmons, by and through his undersigned attorneys, Cozen O'Connor and the Law Office of Daniel P. Mallove, PLLC, hereby complains and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

    1.    At all times material hereto, Plaintiff Richard Simmons was a resident of Chilliwack, British Columbia, Canada, and was in Denver, Colorado to attend a business meeting sponsored by his employer.

    2.    Upon information and belief and at all times material hereto, Defendant Drury Hotels Company, LLC (hereinafter "Drury") was a Nevada limited liability company and was the owner and operator of a hotel open to the general public known as the Drury Inn and Suites Denver Stapleton located at 4550 N. Central Park Blvd., Denver, Co, 80238 (hereinafter "the Subject Property").

    3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000 and the parties are citizens of different states.

    4.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391 as it is where the acts giving rise to the claims occurred.

## GENERAL ALLEGATIONS

5. On or about February 13, 2020, at approximately 7:00 a.m., Plaintiff Richard Simmons, who was a business invitee of Defendant Drury and a registered hotel guest at the Subject Property, was injured when he slipped and fell on snow and/or black ice while walking to a bus that was located in the parking area at the Subject Property (the "Incident").

6. Immediately before the Incident, Plaintiff had exited the hotel with several of his co-workers and was walking towards the spot where the bus was located. Plaintiff was walking slowly and carefully because it was winter and winter conditions existed at that time. When Plaintiff reached the area where the bus was waiting, he slipped and fell and sustained serious injuries.

7. At the time of the Incident, Plaintiff Richard Simmons was wearing appropriate footwear for winter conditions.

8. The Incident occurred at approximately 7:00 a.m. and it was light outside.

9. At the date and time mentioned, a dangerous condition existed on the Subject Property, namely there was untreated snow and/or black ice in the parking area.

10. Plaintiff Richard Simmons was not comparatively negligent in causing the Incident.

11. As a result of the Incident, Plaintiff Richard Simmons suffered harm, losses, injuries and economic and non-economic damages.

## FIRST CLAIM FOR RELIEF
(Colorado Premises Liability Act)

12. Plaintiff Richard Simmons incorporates by reference each foregoing paragraph of this Complaint as if fully set forth herein.

13. Defendant Drury is a landowner within the meaning of C.R.S. § 13-21-115(1).

14. Plaintiff Richard Simmons was an invitee within the meaning of C.R.S. § 13-21-115(5)(a).

15. Plaintiff Richard Simmons exited the hotel and carefully walked from the hotel to the bus waiting in the parking area.

16. Untreated snow and/or black ice had been allowed by Defendant Drury to accumulate in the parking area.

17. There was no sand, ice melt, salt or other product used on the snow and/or black ice in the area where Plaintiff fell.

18. C.R.S. § 13-21-115 imposes on Defendant Drury a statutory duty of care to an invitee for damages for failure to exercise reasonable care to protect against dangers of which Defendant Drury actually knew, or should have known.

19. Defendant Drury had a duty to warn Plaintiff Richard Simmons of the dangerous condition of accumulated snow and/or black ice on the Subject Property.

20. Defendant Drury failed to use reasonable care to protect against dangerous conditions on the Subject Property of which they actually knew or should have known.

21. Defendant Drury's failure to use reasonable care was the cause of Plaintiff Richard Simmons' injuries, damages and losses.

22. As a direct and proximate result of Defendant Drury's breach of the aforementioned duties, Plaintiff Richard Simmons has incurred economic and non-economic injuries, damages and/or losses.

23. It was foreseeable to Defendant Drury that its invitees such as Plaintiff Richard Simmons would slip and fall on the snow and/or ice covered parking area and sustain injuries.

24. Defendant Drury's breaches of duty caused Plaintiff Richard Simmons' injuries, damages and losses.

25. As a direct and proximate result of Defendant Drury's breach of the aforementioned duties, Plaintiff Richard Simmons has incurred economic and non-economic injuries, damages and/or losses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Richard Simmons prays for judgment against Defendant Drury Hotels Company, LLC as follows:

1. For damages in an amount to be proven at trial;

2. For interest, costs and attorney's fees allowable by law; and

3. For such other and further relief as the Court deems just and proper.

## PLAINTIFF DEMANDS A TRIAL BY JURY

3

Dated this 21st day of March, 2022.

          COZEN O'CONNOR

          */s/ Cheri MacArthur*
          Cheri MacArthur, #41013
          707 17th Street, Suite 3100
          Denver, Colorado 80202
          Telephone: (720) 479-3900
          E-mail: cmacarthur@cozen.com

          and

          Daniel P. Mallove
          Law Office of Daniel P. Mallove, PLLC
          2003 Western Avenue, Suite 400
          Seattle, WA 98121
          Telephone: (206) 239-9933
          dmallove@dpmlaw.com
          (Application for Admission To Be Filed)

          *Attorneys for Plaintiff Richard Simmons*

Plaintiff's Address:
6485 Fern St, Chilliwack
British Columbia, V2R 1T6

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of March, 2022, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF System, which will send notification of such filing to all counsel of record.

Daniel R. McCune
Alexis A. Ross
821 17th Street, Suite 500
Denver, CO  80202
Telephone:  (303) 296-7300
dmccune@childsmccune.com
ldavis@childsmccune.com

*Attorneys for Defendant*
*Drury Hotels Company, LLC*

                *s/ Bernadette Marquez*
                Bernadette Marquez